

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2015

No. 04-15-00295-CR

Gary Lee **AVANT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5555
Honorable Jefferson Moore, Judge Presiding

## O R D E R

Appellant's brief was due September 9, 2015, but it was not filed. This court notified appellant's counsel, William L. Baskette, of the deficiency by letter on September 14, 2015. *See* Tex. R. App. P. 38.8(b)(2). Our letter advised counsel that this appeal would be abated for an abandonment hearing if he failed to timely respond.

Baskette has not filed appellant's brief or otherwise responded to our letter. Pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we **abate** this appeal, **remand** the case to the trial court, and **order** the trial court to conduct a hearing to determine:

(1) whether appellant desires to prosecute his appeal, and

(2) whether counsel has abandoned the appeal. The trial court must take steps to ensure effective assistance of counsel, including the appointment of new counsel if necessary. Because sanctions may be necessary, the trial court should make a finding as to whether William L. Baskette abandoned the appeal even if new counsel is retained or substituted.

The trial court may, in its discretion, receive evidence on the first issue by sworn affidavit from the appellant. The trial court shall, however, order appellant's counsel to be present at the hearing.

The trial court is further **ordered** to make written findings and conclusions on these issues. The clerk and court reporter are **ordered** to file in this court, no later than **October 28, 2015**, (1) a reporter's record of the hearing, and (2) a supplemental clerk's record containing the

court's written findings of fact, conclusions of law, and recommendations addressing the above issues. *See* Tex. R. App. P. 38.8(b)(3).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2015.

Keith E. Hottle
Clerk of Court